Thomas W. Ely [Bar No. 056954]
 *tely@wzllp.com*
Ronald F. Templer [Bar No. 144006]
 *rtempler@wzllp.com*
WESIERSKI & ZUREK LLP
One Corporate Park, Suite 200
Irvine, California 92606
Telephone: (949) 975-1000
Facsimile: (949) 756-0517

Attorneys for Defendants
WORLD KITCHEN, LLC,
ECKO HOUSEWARES, INC., and
EKCO MANUFACTURING OF OHIO, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN A. AURAN, an individual; and LISA MILLER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD KITCHEN, LLC, a limited liability company; ECKO HOUSEWARES, INC., a corporation; EKCO MANUFACTURING OF OHIO, INC., a corporation; TARGET CORPORATION, a corporation; and DOES 1 through 20 inclusive,<br><br>Defendants. | CASE NO. C 13-01067 PSG<br><br>**DEFENDANT'S [PROPOSED] ORDER ON REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:   February 5, 2013<br>[San Mateo County Superior Court Case # CIV519746] |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

## [Proposed] ORDER

Having reviewed the file and the request in this matter, and for good cause appearing, IT IS SO ORDERED that Defendant's request to appear telephonically at the hearing the Case Management Conference is hereby GRANTED.

DATED: April 3, 2013      By: /s/ Paul S. Grewal
                              PAUL S. GREWAL
                              UNITED STATES MAGISTRATE JUDGE

WESIERSKI & ZUREK LLP
LAWYERS
ONE CORPORATE PARK, SUITE 200
IRVINE, CALIFORNIA 92606
(949) 975-1000

I0219967-1 WKI-0012

2                                                                  C 13-01067 PSG
DEFENDANT'S [PROPOSED] ORDER ON REQUEST TO APPEAR
TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE