1 | Thomas W. Ely [Bar No. 056954]
    *tely@wzllp.com*
2 | Ronald F. Templer [Bar No. 144006]
    *rtempler@wzllp.com*
3 | WESIERSKI & ZUREK LLP
    One Corporate Park, Suite 200
4 | Irvine, California 92606
    Telephone: (949) 975-1000
5 | Facsimile: (949) 756-0517

6 | Attorneys for Defendants
    WORLD KITCHEN, LLC,
7 | ECKO HOUSEWARES, INC., and
    EKCO MANUFACTURING OF OHIO, INC.

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| JOAN A. AURAN, an individual; and LISA MILLER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>WORLD KITCHEN, LLC, a limited liability company; ECKO HOUSEWARES, INC., a corporation; EKCO MANUFACTURING OF OHIO, INC., a corporation; TARGET CORPORATION, a corporation; and DOES 1 through 20 inclusive,<br><br>Defendants. | CASE NO. C 13-01067 PSG<br><br>**DEFENDANT'S [~~PROPOSED~~] ORDER ON REQUEST TO APPEAR TELEPHONICALLY AT THE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed:   February 5, 2013<br>[San Mateo County Superior Court Case # CIV519746] |

21

22 | ///
23 | ///
24 | ///
25 | ///
26 | ///
27 | ///
28

**[~~Proposed~~] ORDER**

Having reviewed the file and the request in this matter, and for good cause appearing, IT IS SO ORDERED that Defendant's request to appear telephonically at the hearing the Case Management Conference is hereby GRANTED.

DATED: April 3, 2013         By: /s/ Paul S. Grewal
                             PAUL S. GREWAL
                             UNITED STATES MAGISTRATE JUDGE